1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE
Nevada Bar No. 10329
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*

**CHRISTENSEN JAMES & MARTIN**
7440 WEST SAHARA AVE. LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

EMPLOYEE PAINTERS' TRUST HEALTH &
WELFARE FUND, *et al*,

           Plaintiffs,

vs.

KDK McKEE FLOORING, LLC, a Nevada limited
liability company; KEVIN MCKEE, individually,
et al,

           Defendants.

CASE NO.: 2:11-cv-01030-KJD-PAL

**FIRST AMENDED JUDGMENT
BY CONFESSION**

DATE: N/A

TIME: N/A

      Pursuant to the express First Amended Stipulation and Consent for Entry of First Amended Judgment by Confession ("First Amended Stipulation"), it is hereby ORDERED, ADJUDGED AND DECREED that:

      1. The Plaintiffs, Trustees the Employee Painters' Trust Health & Welfare Fund, International Union of Painters and Allied Trades Industry Pension Fund, Floorcoverers Joint Committee, Southern Nevada Floorcoverers Training Trust, Painters Organizing Fund, Finishing Trades Institute and the Painters and Allied Trades Labor-Management Cooperation Initiative (collectively "Plaintiffs" or "Funds"), acting by and through their attorneys, Christensen James & Martin, shall take First Amended Judgment by Confession ("First Amended Judgment") against Defendants KDK McKee Flooring, LLC ("KDK") and Kevin McKee ("McKee"), individually (collectively "Defendants"), in the total amount of Sixty Five Thousand Seventy-Three and 69/100 Dollars ($65,073.69) ("First Amended Judgment Amount"), which sum includes all pre-judgment damages owed to the Funds, less monthly payments received from KDK for April 15,

4

1  2012 through August 15, 2013 pursuant to the Confession of Judgment entered on April 16, 2012

2  ("Original Confession of Judgment"), interest accrued on the delinquent payments under the

3  Original Confession of Judgment, attorney's fees and costs of suit for collecting the delinquency,

4  audit costs and current undisputed contribution amounts reported and owed by KDK. Interest

5  shall accrue on the First Amended Judgment Amount at the rate of three percent (3%) per

6  annum.

7       2.      The First Amended Judgment Amount shall be paid to Plaintiffs as third party

8  beneficiaries under the terms of collectively bargained labor agreements ("Labor Agreements")

9  between KDK and the International Union of Painters and Allied Trades, District Council 15,

10  Local 159 ("Union") and KDK and the Union.   This First Amended Judgment includes

11  settlement of the following: 1) all pre-judgment damages owed to the Funds, including all

12  delinquent contributions, less monthly payments received from KDK for April 15, 2012 through

13  August 15, 2013 pursuant to the Original Confession of Judgment in a total amount of Forty

14  Seven Thousand Four Hundred Seventy-One and 31/100 Dollars ($47,471.30). The remaining

15  balance of unpaid principal under the Original Confession of Judgment is Fifty Two Thousand

16  Six Hundred Forty and 62/100 Dollars ($52,640.62) ("Delinquent Judgment Amount"); 2)

17  reduced interest and reduced attorney's fees and costs for the periods January 1, 2008 through

18  September 30, 2011 with regard to Custom Floors, Inc. and June 1, 2010 through September 30,

19  2011 with regard to KDK (collectively "conditional waivers"); 3) Interest on the delinquent

20  judgment payments for the months of September 15, 2013 through December 15, 2013

21  ("Delinquent Judgment Payments") at the default rate of seven percent (7%) per annum for a

22  total amount of One Hundred Five and 01/100 Dollars ($105.01); 4) a payment of Two Thousand

23  Five Hundred Dollars ($2,500.00) to cover the cost of a payroll audit requested by KDK for the

24  period May 1, 2012 through October 31, 2013 ("Second Audit"). Should the cost of the Second

25  Audit not exceed $2,500.00, a credit will be given to the Defendants toward the First Amended

26  Judgment Amount by way of applying the credit toward the backend of the First Amended

27  Judgment payout detailed in Exhibit 1 attached hereto; 5) attorney's fees and costs accrued from

28  the date of execution of the Original Confession of Judgment through October 31, 2013 in the

total amount of Six Thousand Six Hundred Sixty and 48/100 Dollars ($6,660.48); and 6) current undisputed contribution amounts owed as reported and unpaid by KDK for the months of June 2013 and September 2013 in the total amount of Three Thousand One Hundred Sixty-Seven and 58/100 Dollars ($3,167.58).

3.      This First Amended Judgment is not intended to, and it does not, resolve, address or secure claims that are as yet unknown to the Funds, including any claims that may later be revealed by Audit, including the Second Audit.  The Funds specifically reserve all Audit rights.

4.      The First Amended Judgment Amount, including interest on the declining First Amended Judgment balance and any after-accruing amounts, shall be paid by Defendants through Eighteen (18) monthly installments to the Funds commencing on or before January 15, 2014 and on the fifteenth (15th) day of each month thereafter. The payments shall be made as follows:

        a.      Payments One (1) through Twelve (12) shall be made in the amount of Three Thousand Dollars ($3,000.00) each, commencing on January 15, 2014 and continuing on the fifteenth (15th) day of each month thereafter, through December 15, 2014;

        b.      Payments Thirteen (13) through Seventeen (17) shall be made in the amount of Five Thousand One Hundred Thirty-Six and 95/100 Dollars ($5,136.95) each, commencing on January 15, 2015 and continuing on the fifteenth (15th) day of each month thereafter, through May 15, 2015; and

        c.      Payment Eighteen (18), the final payment, shall be made in the amount of Five Thousand One Hundred Thirty-Six and 97/100 Dollars ($5,136.97) on June 15, 2015.

A table showing each payment number, due dates and payment amounts (including principal and interest) is attached hereto as **Exhibit 1**.

Subject only to the Defendants' right to cure under Paragraph 11, the final payment of all unpaid portions of the First Amended Judgment Amount shall be increased to include any after-accruing attorney's fees incurred by Plaintiffs relating to this First Amended Judgment for

1   collection of the amounts referenced herein, and shall be paid by the Defendants to Plaintiffs on

2   or before June 15, 2015.

3       5.      Upon Plaintiffs' timely receipt and negotiation of payment of all amounts set forth

4   in Paragraph 4 above, this obligation will have been satisfied and the total amount of Twenty

5   Thousand One Hundred Sixty Eight and 23/100 Dollars ($20,168.23) incurred for attorney's fees

6   and costs shall be waived ("Conditional Attorney's Fees Waiver").  However, upon Defendants'

7   failure to perform any obligation under this First Amended Judgment, including, but not limited

8   to, timely payment of the amounts set forth in Paragraph 4 and payment of recurring monthly

9   fringe benefit contributions as described in Paragraph 8, the Conditional Attorney's Fees Waiver

10  shall be deemed revoked and the Defendants shall be obligated to pay such amount to the Funds,

11  plus interest accrued thereon, at the rate of three percent (3%) per annum, through six (6)

12  monthly installments, due on the fifteenth (15th) day of each month, the first of which would be

13  due on July 15, 2015, and the last of which would be due on or before December 15, 2015, as

14  follows:

                a.      Payments Nineteen (19) through Twenty-Three (23) shall be remitted to

15                      the Funds in the amount of Three Thousand Five Hundred Forty-Six and

16                      72/100 Dollars ($3,546.72) each, commencing on or before July 15, 2015

17                      and on the fifteenth (15th) day of each month thereafter, through

18                      November 15, 2015;

19              b.      Payment Twenty-Four (24) shall be remitted to the Funds in the amount of

20                      Three Thousand Five Hundred Forty-Six and 71/100 Dollars on December

21                      15, 2015.

22      A table showing each payment number, due dates and payment amounts (including

23  principal and interest) is attached hereto as **Exhibit 2**.

24      6.      Upon Plaintiffs' timely receipt and negotiation of payment of all amounts set forth

25  in Paragraphs 4 and 5 above, this obligation will have been satisfied and the total amount of

26  Seventeen Thousand Eighty Three and 51/100 Dollars ($17,083.51), comprised of liquidated

27  damages and interest ("Conditional Damages Waiver") shall be waived.   However, upon

Defendants' default and failure to cure any obligation for performance due under this First Amended Judgment, the Conditional Damages Waiver shall be deemed revoked, and the First Amended Judgment Amount shall be increased by such amount, plus interest accrued thereon, at the rate of three percent (3%) per annum, and Plaintiffs shall have the unconditional and immediate right to file and execute upon the First Amended Judgment for whatever amount then remains due and owing, as more fully described in Paragraph 11.

7.     The payments toward the First Amended Judgment Amount required herein shall be made payable to "Painters' Joint Trust Funds" and shall be remitted to Plaintiffs' attorneys, Christensen James & Martin, at 7440 W. Sahara Ave., Las Vegas, NV  89117, or at such other location as the Defendants are notified in writing.  Should any of Defendants' payments be returned for insufficient funds, all subsequent payments shall be made using cashier's checks or money orders.

8.     In addition to paying the First Amended Judgment Amount as required by the foregoing terms, the Defendants shall timely pay all contributions that fall due while any portion of the First Amended Judgment Amount remains unpaid (i.e., for hours worked by Defendants' covered employees while the First Amended Judgment Amount is being paid).  The Defendants shall remit monthly reports to the Funds listing hours worked by its covered employees, and shall submit a check to the Funds to pay contributions owed for such hours.  The reports and payments shall be delivered to the Plaintiffs or their designee(s) on or before the fifteenth (15th) day of the month following the calendar month in which the covered hours of work listed on the reports are performed.

9.     The following potential claims are reserved by the Funds: (i) any claims unrelated to the First Amended Judgment Amount, accruing before or after the effective date of this First Amended Judgment, including, without limitation, claims by the Funds for additional contributions and related damages that may be due and owing to the Funds pursuant to the provisions of any collective bargaining agreement to which Defendants may be bound that requires the payment of contributions to the Funds; (ii) the obligation of the Defendants or any trade or business under common control of Defendants (to the extent Defendants or any trade or

-8-

business under common control with Defendants has any obligation) to pay, and the rights of the Funds to assess and collect, withdrawal liability pursuant to 29 USC § 1381 et. seq. (including the use of Defendants' contribution history for purposes of calculating any withdrawal liability); and (iii) any additional claims discovered by audit for any period.

10.     The Defendants shall have the right at any time to prepay the entire balance owed, or any portion thereof, without incurring a prepayment penalty.  However, interest will continue to accrue on any amount that remains unpaid.

11.     Should the Defendants fail to satisfy any of the conditions in this First Amended Judgment:  (i) the Conditional Attorney's Fees Waiver will be revoked, the First Amended Judgment Amount shall be increased in an amount equal thereto and the Defendants shall be obligated to pay such amount to the Funds, plus interest accrued thereon as more fully described in Paragraph 4 above; (ii) Defendants shall be obligated to pay a One Hundred Fifty Dollar ($150.00) default fee payable immediately to the Funds; and (iii) a written Notice of Default shall immediately be delivered to KDK McKee Flooring, LLC, c/o Kevin McKee, at 9101 W. Sahara Avenue, #105-H25, Las Vegas, NV 89117.  If the Defendants thereafter fail to make the required payment(s) or otherwise fail to comply with the conditions of such paragraphs within ten (10) days of the date of such Notice, the Conditional Damages Waiver will be revoked, the First Amended Judgment Amount shall be increased in an amount equal thereto and Plaintiffs shall have the unconditional and immediate right to file and execute upon the First Amended Judgment for whatever amount then remains due and owing, including after-accruing interest, attorney's fees and costs and audit costs, without further notice to the Defendants or Order from the Court, and Plaintiffs shall also be entitled to pursue any licensing and/or surety bond issued to the Defendants for whatever amount then remains due and owing.  In the event of Defendants' default and failure to cure, interest on any unpaid First Amended Judgment balance shall accrue at the rate of seven percent (7%) from the default date until paid in full.

12.     Defendants shall forthwith execute and submit the following documents, as indicated, to Plaintiffs' attorney on or before December 15, 2013:

a.     the First Amended Stipulation for Entry of First Amended Judgment by

Confession;

b.  this First Amended Judgment; and

c.  an Assignment to the Funds on Receivables owed by Crane Construction
to KDK in the amount of Fifteen Thousand Dollars ($15,000.00)
("Assignment"). Upon the Funds' successful collection of any proceeds
under the Assignment, the amount collected will be credited toward the
First Amended Judgment Amount by way of applying the credit toward
the backend of the First Amended Judgment payout detailed in Exhibit 1.

13.  Payment by the Defendants under the terms of this First Amended Judgment is secured by the execution of this First Amended Judgment by Kevin McKee, Individually.  In the event of default and failure to cure, Plaintiffs shall then be entitled to payment according to the terms of said documents of any unpaid First Amended Judgment balance, plus attorney's fees and interest accrued from the default date until paid in full.

14.  Execution on the First Amended Stipulation and this First Amended Judgment shall be stayed through June 15, 2015, provided that payment in full is made by the Defendants in accordance with the terms of this First Amended Judgment.

15.  Upon Plaintiffs' receipt and negotiation of the payments described herein, this obligation will have been satisfied and, upon receipt of a request therefor, Plaintiffs shall deliver to the Defendants a written Release and Satisfaction of Claims.  Plaintiffs' Release and Satisfaction of Claims in favor of the Defendants shall not be executed nor delivered until all of Defendants' obligations under this First Amended Judgment have been fully performed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

16.     Defendants have consulted the attorney of its choice and fully understand the obligations and consequences of the First Amended Stipulation and this First Amended Judgment.

DATED and done this 1st day of April, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

CHRISTENSEN JAMES & MARTIN

By: _____
Kevin B. Christensen, Esq.
*Attorneys for Plaintiffs*

Date: December 4th, 2013.

By: _____
Kevin McKee, Individually

Date: December 11, 2013.

KDK MCKEE FLOORING, LLC

By:_____
Kevin McKee,
Its Authorized Representative

Date: December 6, 2013.

## OATH AND VERIFICATION

STATE OF NEVADA          )
                                             : ss.
COUNTY OF CLARK       )

  Kevin McKee, Individually and as the Authorized Representative of KDK McKee Flooring, LLC, being first duly sworn upon oath, now verifies and declares that:

  1. Entry of this First Amended Judgment by Confession, according to its provisions, is duly authorized; and

  2. The monies due and owing and the basis for said First Amended Judgment are accurately set forth in the First Amended Stipulation and this First Amended Judgment.

  Further you affiant sayeth naught.



_____
Kevin McKee, Individually and as the Authorized
Representative of KDK McKee Flooring, LLC

Subscribed and Sworn before me
this 11th   day of December, 2013.

_____
Notary Public

Notary Public - State of Nevada
COUNTY OF CLARK
CARMA MAHN
No. 93-1483-1   My Appointment Expires May 5, 2017

-12-

.

# EXHIBIT
# 1



www.calcamo.net

**65,073.69**
**1 year and 6 months**

Total — — **Monthly**
Properties — at de **Simple interest**

| | | Rate | Payment | Interest | Capital | Balance |
|---|---|---|---|---|---|---|
| 0 | | | | | | 65,073.69 |
| 1 | 01/15/2014 | **3.00%** | 3,000.00 | 162.68 | 2,837.32 | 62,236.37 |
| 2 | 02/15/2014 | | 3,000.00 | 155.59 | 2,844.41 | 59,391.96 |
| 3 | 03/15/2014 | | 3,000.00 | 148.48 | 2,851.52 | 56,540.44 |
| 4 | 04/15/2014 | | 3,000.00 | 141.35 | 2,858.65 | 53,681.79 |
| 5 | 05/15/2014 | | 3,000.00 | 134.20 | 2,865.80 | 50,815.99 |
| 6 | 06/15/2014 | | 3,000.00 | 127.04 | 2,872.96 | 47,943.03 |
| 7 | 07/15/2014 | | 3,000.00 | 119.86 | 2,880.14 | 45,062.89 |
| 8 | 08/15/2014 | | 3,000.00 | 112.66 | 2,887.34 | 42,175.55 |
| 9 | 09/15/2014 | | 3,000.00 | 105.44 | 2,894.56 | 39,280.99 |
| 10 | 10/15/2014 | | 3,000.00 | 98.20 | 2,901.80 | 36,379.19 |
| 11 | 11/15/2014 | | 3,000.00 | 90.95 | 2,909.05 | 33,470.14 |
| 12 | 12/15/2014 | | 3,000.00 | 83.68 | 2,916.32 | 30,553.82 |
| 13 | 01/15/2015 | | 5,136.95 | 76.38 | 5,060.57 | 25,493.25 |
| 14 | 02/15/2015 | | 5,136.95 | 63.73 | 5,073.22 | 20,420.03 |
| 15 | 03/15/2015 | | 5,136.95 | 51.05 | 5,085.90 | 15,334.13 |
| 16 | 04/15/2015 | | 5,136.95 | 38.34 | 5,098.61 | 10,235.52 |
| 17 | 05/15/2015 | | 5,136.95 | 25.59 | 5,111.36 | 5,124.16 |
| 18 | 06/15/2015 | | 5,136.97 | 12.81 | 5,124.16 | 0.00 |
| | | | **66,821.72** | **1,748.03** | **65,073.69** | |

# EXHIBIT

# 2

www.calcamo.net

| | | | | | | |
|---|---|---|---|---|---|---|
| | **20,168.23** | | | | **Monthly** | |
| | **2 years** | | | type of interest   rate | **Simple interest** | |
| | | | | | | |
| 0 | | | | | | 20,168.23 |
| 1 | 01/15/2014 | **3.00%** | 0.00 | 50.42 | -50.42 | 20,218.65 |
| 2 | 02/15/2014 | | 0.00 | 50.55 | -50.55 | 20,269.20 |
| 3 | 03/15/2014 | | 0.00 | 50.67 | -50.67 | 20,319.87 |
| 4 | 04/15/2014 | | 0.00 | 50.80 | -50.80 | 20,370.67 |
| 5 | 05/15/2014 | | 0.00 | 50.93 | -50.93 | 20,421.60 |
| 6 | 06/15/2014 | | 0.00 | 51.05 | -51.05 | 20,472.65 |
| 7 | 07/15/2014 | | 0.00 | 51.18 | -51.18 | 20,523.83 |
| 8 | 08/15/2014 | | 0.00 | 51.31 | -51.31 | 20,575.14 |
| 9 | 09/15/2014 | | 0.00 | 51.44 | -51.44 | 20,626.58 |
| 10 | 10/15/2014 | | 0.00 | 51.57 | -51.57 | 20,678.15 |
| 11 | 11/15/2014 | | 0.00 | 51.70 | -51.70 | 20,729.85 |
| 12 | 12/15/2014 | | 0.00 | 51.82 | -51.82 | 20,781.67 |
| 13 | 01/15/2015 | | 0.00 | 51.95 | -51.95 | 20,833.62 |
| 14 | 02/15/2015 | | 0.00 | 52.08 | -52.08 | 20,885.70 |
| 15 | 03/15/2015 | | 0.00 | 52.21 | -52.21 | 20,937.91 |
| 16 | 04/15/2015 | | 0.00 | 52.34 | -52.34 | 20,990.25 |
| 17 | 05/15/2015 | | 0.00 | 52.48 | -52.48 | 21,042.73 |
| 18 | 06/15/2015 | | 0.00 | 52.61 | -52.61 | 21,095.34 |
| 19 | 07/15/2015 | | 3,546.72 | 52.74 | 3,493.98 | 17,601.36 |
| 20 | 08/15/2015 | | 3,546.72 | 44.00 | 3,502.72 | 14,098.64 |
| 21 | 09/15/2015 | | 3,546.72 | 35.25 | 3,511.47 | 10,587.17 |
| 22 | 10/15/2015 | | 3,546.72 | 26.47 | 3,520.25 | 7,066.92 |
| 23 | 11/15/2015 | | 3,546.72 | 17.67 | 3,529.05 | 3,537.87 |
| 24 | 12/15/2015 | | 3,546.71 | 8.84 | 3,537.87 | 0.00 |
| | | | **21,280.31** | **1,112.08** | **20,168.23** | |